IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS                                                                                          PETITIONER

v.                              NO. 5:06CV00069 WRW

LARRY NORRIS, Director of the                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The relief requested by petitioner Jon Mills is denied.

IT IS SO ORDERED this 24th day of July, 2006.

                                                /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE